Civil Action No. 5:24-cv-1459

# Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALFREDO JAMES MARTINEZ** | § | |
| | § | |
| | § | |
| **VS.** | § | Civil Action No. 5:24-cv-1459 |
| | § | |
| | § | |
| **HOME DEPOT U.S.A., INC. D/B/A** | § | |
| **THE HOME DEPOT FAIR AVE #503** | § | |
| **AND CARL MACOM** | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 11/20/2024 |
| B-3 | Citation – Home Depot U.S.A., Inc. | 11/21/2024 |
| B-4 | Citation – Carl Macom | 11/21/2024 |
| B-5 | Return of Service – Home Depot U.S.A., Inc. | 11/25/2024 |
| B-6 | Return of Service – Carl Macom | 11/27/2024 |
| B-7 | The Special Exception and Original Answer of Defendants Home Depot U.S.A., Inc. and Carl Macom | 12/16/2024 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)